UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MARY MARKS,** | § | |
| **Plaintiff,** | § § § | |
| v. | § § | CIVIL NO. A-23-CV-00462-ADA |
| SYNCHRONY, TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., | § § § § § | |
| **Defendants.** | | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin M. Howell. ECF No. 33. The report recommends Defendant's Motion for Judgment on the Pleadings (ECF No. 25) be **GRANTED**. The report and recommendation was filed on February 14, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Dustin M. Howell (ECF No. 33) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants Experian Information Solutions, Inc. and Trans Union, LLC's (collectively, "Defendants") Motion for Judgment on the Pleadings (ECF No. 25) is **GRANTED.**

**SIGNED** this 6th day of March, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE