UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MARY MARKS, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SYNCHRONY, EQUIFAX IN- § <br> FORMATION SERVICES, LLC, § <br> § <br> Defendants. § | CIVIL NO. A-23-CV-00462-ADA |

## ORDER TO CLOSE CASE

The Court finds that the remaining Defendants in the case, Synchrony and Equifax Information Services, LLC, have been dismissed by Orders Adopting Magistrate Judge's Report and Recommendation (ECF Nos. 38 and 43, respectively).

Given that all Defendants have been dismissed in this case, the Court **ORDERS** that this case be closed. The Clerk of the Court is hereby **DIRECTED** to close the case.

**SIGNED** this 2nd day of October, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE